# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO   DIVISION

REASSURE LIFE INSURANCE     *
COMPANY     *
         Plaintiff     *
    *
VS.     *
    *        NO: 3:09CV00133   SWW
CAROLYN TURNER; STACY     *
MIRELES; and OTHERS WHO MAY     *
CLAIM AN INTEREST IN LIFE     *
INSURANCE POLICY NO. 9069449     *
ISSUED NOVEMBER 1, 1989, IN THE     *
FACE AMOUNT OF $10,000 ON THE     *
LIFE OF CHARLES J. TURNER     *
    *
         Defendants     *

## ORDER

Before the Court is a motion requesting leave for out-of-state attorney David L. Hamblen to appear *pro hac vice* as counsel for Defendant Carolyn Turner.   The motion (docket entry #7) is GRANTED, and attorney David L. Hamblen is admitted to the bar of this Court for the purpose of representing Defendant Turner in this case.

Attorney Hamblen affirms that he has read, acknowledged, and agrees to observe and be bound by the local rules and orders of this Court, which, among other things,  require that he affirm to the jurisdiction of this court in matters of discipline.  *See* Local Rule 83.5(d). Accordingly, unless otherwise ordered, local counsel will not be required.

IT IS SO ORDERED THIS 9TH  DAY OF SEPTEMBER, 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE