IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

REASSURE AMERICA
LIFE INSURANCE COMPANY

        Plaintiff,        : Case No.: 3:09CV00133-SWW

v.

CAROLYN TURNER; et al.,

        Defendants.

## CONSENT JUDGMENT REGARDING REASSURE AMERICA LIFE INSURANCE COMPANY

This matter came before the Court on the Stipulation and Joint Motion for Consent Judgment filed by plaintiff Reassure America Life Insurance Company ("Reassure") and defendants Carolyn Turner and Stacy Mireles.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Reassure and its past, present and future directors, officers, principals, representatives, employees, agents, producers, stockholders, administrators, fiduciaries, parent companies, subsidiaries, affiliates, assigns, third-party administrators, attorneys and insurers, shall be and hereby are wholly and completely discharged and absolved from any further liability of any nature to each of the defendants and/or any other claimant for the death benefits arising under policy number 9069149 insuring Charles J. Turner and from any and all claims and causes of action that defendants ever had, now have, or may have against Reassure, including but not limited to, any claims that could

209236-1

have been asserted by the parties in this action entitled *Reassure America Life Insurance Company v. Carolyn Turner, et al.*

2. Reassure is hereby dismissed from any further proceedings in this action with prejudice.

3. All defendants, and all persons or parties claiming through them or through some other right, are hereby enjoined from instituting or prosecuting any proceeding in any state or federal court against Reassure or its past, present and future directors, officers, principals, representatives, employees, agents, producers, stockholders, administrators, fiduciaries, parent companies, subsidiaries, affiliates, assigns, third-party administrators, attorneys and insurers based upon the subject matter of this interpleader action.

4. This action shall proceed solely between the claimants Carolyn Turner and Stacy Mireles.

5. There being no just reason for delay, this Court expressly directs that the discharge and dismissal of Reassure is a final order pursuant to Rule 54 of the Federal Rules of Civil Procedure.

SO ORDERED this the 8th day of October, 2009.

_____
United States District Judge

Distribution:

Meredith Blaise Rebsamen
Herbert C. Rule III
120 East Fourth Street
Little Rock, Arkansas 72201-2893

David L. Hamblen
303 W. Church Street
Union City, Tennessee 38261

Stacy Mireles
2012 Cherry Court Apt. B
Blytheville, Arkansas 72315

209236-1