**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| REASSURE LIFE INSURANCE COMPANY | * * | |
| Plaintiff | * * | |
| VS. | * * | NO: 3:09CV00133 SWW |
| CAROLYN TURNER; STACY MIRELES; and OTHERS WHO MAY CLAIM AN INTEREST IN LIFE INSURANCE POLICY NO. 9069449 ISSUED NOVEMBER 1, 1989, IN THE FACE AMOUNT OF $10,000 ON THE LIFE OF CHARLES J. TURNER | * * * * * * * * | |
| Defendants | * | |

## ORDER DISBURSING FUNDS

The remaining parties in this interpleader action, Defendants Carolyn Turner and Stacy Mireles, have notified the Court that this case has settled, and the parties have agreed that the $10,000 in policy proceeds previously deposited into the registry of the Court should be divided and disbursed as follows: $3,000 to Defendant Stacy Mireles and $7,000 to Defendant Carolyn Turner.

IT IS THEREFORE ORDERED that the Clerk of the Court is directed to disburse $3,000 to Defendant Stacy Mireles, plus 30% of interest accrued on the principal deposit, and $7,000 to Defendant Carolyn Turner, plus 70% of interest accrued on the principal deposit. Pursuant to the parties' agreement, Defendant Carolyn Turner will pay court costs. The Court notes that a 10% registry fee will be deducted from the accrued interest.

IT IS FURTHER ORDERED that this case is DISMISSED WITH PREJUDICE pursuant to settlement.

IT IS SO ORDERED THIS 1st DAY OF JULY, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE